# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JEANNETTE MARIE & JOHN ANTHONY COREY |
| **Case Number:** | 2:08-BK-06299-RTB **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 30, 2009 02:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY COUNTRYWIDE HOME LOANS, INC DBA AMERICA'S WHOLESALE LENDER (233 E BRIDGEPORT PARKWAY GILBERT AZ)

**R / M #:**   42 / 0

## Appearances:

CLINT W. SMITH, ATTORNEY FOR JEANNETTE MARIE COREY, JOHN ANTHONY COREY
LEONARD J. MCDONALD, ATTORNEY FOR COUNTRYWIDE

## Proceedings:

The parties discussed this matter with the Court.

COURT: THE COURT WILL AWAIT THE FILING OF A STIPULATION OR THE PARTIES CAN REQUEST TO HAVE THIS MATTER BACK ON CALENDAR.