# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JEANNETTE MARIE & JOHN ANTHONY COREY | | |
| **Case Number:** | 2:08-BK-06299-RTB | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 06, 2010 02:30 PM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY COUNTRYWIDE HOME LOANS, INC DBA AMERICA'S WHOLESALE LENDER .

**R / M #:**   42 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR BAC HOME LOANS

## Proceedings:

Mr. McDonald indicated that Mr. Smith was here earlier but had a hearing in another courtroom. He asked that this hearing be continued for 30 days.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO FEBRUARY 3, 2010 AT 2:30 P.M.